# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No.: 17-cr-00105-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROBERT EUGENE HYBERTSON,

    Defendant.

---

## GOVERNMENT'S MOTION FOR A COMPETENCY EVALUATION, OR IN THE ALTERNATIVE, FOR IMMEDIATE COMMITMENT PURSUANT TO 18 U.S.C. § 4241(d)

---

The United States of America respectfully moves the Court, pursuant to 18 U.S.C. § 4142(a), for a second evaluation to determine the mental competency of the defendant. If, however, based on the report currently before the Court, the Court finds by a preponderance of evidence that the defendant is presently mentally incompetent, the government moves for the defendant's immediate, mandatory commitment for treatment, pursuant to 18 U.S.C. § 4142(d).

1. On May 15, 2018, the defendant filed an unopposed motion seeking a competency evaluation by Dr. Susan Bograd. (No. 110).

2. On July 8, 2018, the government received Dr. Bograd's report. The Court docketed that report on July 12, 2018. (No. 112).

3. Based on interactions with the defendant throughout the investigation and in courtroom proceedings, and on some of the bases for conclusions in the report, the government contests Dr. Bograd's report and seeks a second opinion, pursuant to 18

U.S.C. § 4241(a).

4.  The Court has discretion to order more than one report. *See* 18 U.S.C. § 4247(b) ("A psychiatric or psychological examination ordered pursuant to this chapter shall be conducted by a licensed or certified psychiatrist or psychologist, or, if the court finds it appropriate, by more than one such examiner.").

5.  Undersigned counsel has conferred with the chief psychologist at the Federal Correctional Institution in Englewood, where the defendant is currently in custody. She informed the government that an evaluation and report could be completed within 45 days of receipt of any Court Order requiring such an evaluation.

6.  Should the Court conclude, however, that it has sufficient information before it to "find[] by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the court <u>shall</u> commit the defendant to the custody of the Attorney General" for placement in a suitable facility for treatment. 18 U.S.C. § 4142(d) (emphasis added). That commitment is mandatory, even where there is evidence suggesting a defendant cannot be restored. *See United States v. Dalasta*, 856 F.3d 549, 553 (8th Cir. 2017) (collecting cases).

7.  A period of commitment pursuant to 18 U.S.C. § 4142(d) may be:

(1) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward; and
(2) for an additional reasonable period of time until—
(A) his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he

  will attain the capacity to permit the proceedings to go forward; or
  (B) the pending charges against him are disposed of according to law;
  whichever is earlier.

Although proceeding with a second competency evaluation would cause a 45-day delay in this process, it could also potentially result in a finding by the Court that the defendant is competent.  Such a finding would eliminate the need for any (potentially lengthy) period of commitment for treatment.

  WHEREFORE, the government respectfully requests a second evaluation for competency, or in the alternative, the defendant's immediate commitment for treatment.

  Dated this 13th day of July, 2018.

                Respectfully submitted,

                ROBERT C. TROYER
                United States Attorney

                By: *s/ Rebecca S. Weber*
                REBECCA S. WEBER
                Assistant United States Attorney
                1801 California Street, Suite 1600
                Denver, CO 80202
                Telephone 303-454-0100
                Fax 303-454-0403
                Email: REBECCA.WEBER@usdoj.gov
                Attorney for the Government

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 13th day of July, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR A COMPETENCY EVALUATION, OR IN THE ALTERNATIVE, FOR IMMEDIATE COMMITMENT PURSUANT TO 18 U.S.C. § 4241(d)** with the Clerk of the Court using CM/ECF, which will send notification of such filing to all parties of record.

By: *s/ Rebecca S. Weber*
REBECCA S. WEBER
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: REBECCA.WEBER@usdoj.gov
Attorney for the Government