UNITED STATES DISTRICT COURT

for the

District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 05 2018

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA        )        Case No. 17-cr-00105-RBJ

            v.                  )

ROBERT EUGENE HYBERTSON         )        JUDICIAL NOTICE FOR
            Defendant                    MEDICAL CARE

## MOTION AND ORDER FOR IMMEDIATE HOSPITALIZATION

Please find written letter and order attached
for signing with health care provider guidance
included.

To have Robert Hybertson Immediate Hospitalization
at level 1 Hospital Care long Term Kidney, blood pressure
and pain control under the direction of health care
and service provider by Durable Power of Attorney.

Entered                                 signed

                                        Judge

Hospital Order + Motion

Honorable Judge Jackson

44085-083 RE: Robert Eugene Hybertson

Case No. 17cr-0105

IF I, Robert Hybertson could ask for your Kind attention to the matter of an order to deal with Medical needs of my health.
On October 3rd you had signed an Order for Hospitalization of Robert Hybertson that has not happen as of November 1st.

The condition for Robert Hyperson has deteriorate substantialy due to Kidney failure now stage 5. and continued Pain levels.

It has also now been noticed that the blood pressure of Robert Hybertson from the time the courts have had Robert Hybertson Detained at the Federal Detention Center in Littleton May 7th, 2018 has gone from 120/65 now to 202/99 and Blood Pressure Medication is not working. Medical of FDC has not been able to figure it out.

It also has come to Robert Hybertson attention that in the FDC unit, there is an extreme amount of sewer gas, cause Robert to be short of breath and gasping for Oxygen at night. Causing head ack conditions, sinus burning and running watering eyes.

I would motion this court to release Robert Hybertson defendent to a hospital of good service of original application for Health and Services for Blood Pressure + Kidney and pain under lower No risk conditions of holding. Rebecca Hurtt has Durable Power of Attorney for healthcare and services So to deal with this matter. Thanks ROB (Emergency Like) Please

Rebecca Hurtt 303-946-5773                    Judge Signature _____



Robert Robertson
44085-013
Fed. Det. Cent.
9595 West Quincy
Littleton, Colorado
80123

DENVER CO 800
02 NOV 2018 PM 3 1

Honorable Robert Jackson
Alfred A. Arraj 901 19th Street
Denver, Colorado
80294-3589

Legal Mail